1  GARY OWEN CARIS (SBN 088918)
   gcaris@mckennalong.com
2  LESLEY ANNE HAWES (SBN 117101)
   lhawes@mckennalong.com
3  ANGELA E. FONES (SBN 245204)
   afones@mckennalong.com
4  McKENNA LONG & ALDRIDGE LLP
   444 South Flower Street, 8th Floor
5  Los Angeles, CA  90071-2901
   Telephone:  (213) 688-1000
6  Facsimile:   (213) 243-6330

7  Attorneys for Plaintiff
   **ROBB EVANS** as Receiver

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ROBB EVANS, as Receiver over the Assets of James P. Lewis, Jr., individually and doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund, Ltd.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD DEATHERAGE, individually and as Trustee of the Deatherage Family Trust; JOAN DEATHERAGE, individually and as Trustee of the Deatherage Family Trust, *et al.*<br><br>    Defendants. | CASE NO. CV06-27 ABC (VBKx)<br><br>**JUDGMENT AGAINST DEFENDANTS DUSTIN R. HALL AND TIFFANY HALL**<br><br>[F.R.C.P. 56]<br><br>DATE:   October 6, 2008<br>TIME:    10:00 a.m.<br>PLACE:  Courtroom 680 |

1  Robb Evans as Receiver of the assets of James P. Lewis, Jr., individually and
2  doing business as Financial Advisory Consultants, Income Fund, Ltd. and Growth
3  Fund, Ltd. ("Plaintiff"), brought his Motion for Summary Judgment against
4  Defendants Dustin R. Hall aka Dustin Hall and Tiffany Hall which was set for
5  hearing on October 6, 2008 at 10:00 a.m. in Courtroom 680 of the above-referenced
6  Court, the Honorable Audrey B. Collins, United States District Judge presiding.  On
7  October 2, 2008, the Court vacated the October 6, 2008 hearing date.  The Court
8  having read and considered all papers filed in support of the Motion for Summary
9  Judgment, including all admissible evidence filed in support of and no opposition to
10 the Motion having been filed, the Court determining that no genuine issue as to any
11 material fact exists and that Plaintiff is entitled to a judgment as a matter of law,
12 and the Court finding that good cause exists for entry of a separate judgment under
13 Rule 54 of the Federal Rules of Civil Procedure under the circumstances,

14 **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff Robb
15 Evans as Receiver of the assets of James P. Lewis, Jr., individually and doing
16 business as Financial Advisory Consultants, Income Fund, Ltd. and Growth Fund,
17 Ltd., shall have judgment against Defendants Dustin R. Hall and Tiffany Hall in the
18 principal amount of $112,500.00, together with pre-judgment interest on said sum
19 at the federal statutory rate under 28 U.S.C. § 1961 in effect on the date of filing
20 this lawsuit and through October 6, 2008, in the amount of $13,524.01 for a total
21 judgment in the amount of $126,024.01 which judgment shall be joint and several
22 as to those Defendants, pursuant to the First, Second and Third Claims for Relief
23 asserted in Plaintiff's Complaint, together with an award of post-judgment interest
24 accruing from and after the date of entry of judgment until paid in full pursuant to
25 28 U.S.C. § 1961;

26 **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the
27 judgment entered against the Defendants herein and any other judgments entered
28 heretofore or hereafter in this action against any other defendants are several as to

1  each such defendant unless otherwise expressly stated in the judgment to be joint
2  and several as to the particular defendants; and

3  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there
4  is no just reason for delay in entry of this final judgment against Defendants Dustin
5  R. Hall and Tiffany Hall, and the Court expressly directs the entry of this separate
6  judgment against said Defendants pursuant to F.R. Civ. P. 54 notwithstanding
7  whether this action remains pending against other defendants.

8  **IT IS FURTHER ORDERED** that the Clerk of the Court shall enter this
9  judgment forthwith notwithstanding whether this action remains pending against
10 other defendants.

12 DATED: October 17, 2008      _____

13                                      HON. AUDREY B. COLLINS
                                        UNITED STATES DISTRICT COURT JUDGE

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -

[PROPOSED] JUDGMENT AGAINST DEFENDANTS DUSTIN R. HALL AND TIFFANY HALL - CASE NO. CV06-27 ABC (VBKx)
LA:17315060.2